DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTIAN SAGASTUME,**
Appellant,

v.

**DERYL LOAR** and **INDIAN RIVER COUNTY SHERIFF'S OFFICE,**
Appellees.

No. 4D18-363

[May 31, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 31-2017-CA-000697.

Christian Sagastume, Vero Beach, pro se.

James Harping, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***